IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| Plaintiff, | ) |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| ANTHONY L. INGRAM, | ) Sections 1201(a)(1) and |
| | ) 1512(c)(1) |
| Defendant. | ) |

COUNT 1
(Kidnapping, 18 U.S.C. § 1201(a)(1))

The Grand Jury charges:

1. On or about August 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY L. INGRAM did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold H.K. for the purpose of committing a sexual assault against H.K., and in committing or in furtherance of the commission of the offense, did willfully transport H.K. in interstate commerce from Michigan to Ohio, and used a semi-trailer truck, a means, facility, and instrumentality of interstate commerce, in violation of Title 18, United States Code, Section 1201(a)(1).

COUNT 2
(Obstruction of Justice, 18 U.S.C. § 1512(c)(1))

The Grand Jury further charges:

2. On or about August 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY L. INGRAM corruptly altered, destroyed, mutilated, and concealed, and corruptly attempted to do so, records, documents, and other objects, by removing and discarding

a cellular phone, clothing, and towel, with the intent to impair their integrity and availability for use in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.