IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19CR228 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE SARA LIOI |
| v. | ) ) | |
| ANTHONY INGRAM, | ) ) | JOINT STIPULATIONS OF FACT |
| Defendant. | ) ) | |

Now comes the United States of America, by and through its counsel, JUSTIN E. HERDMAN, United States Attorney, Peter E. Daly and Aaron P. Howell, Assistant United States Attorneys, and Defendant Anthony Ingram, by and through counsel Lawrence J. Whitney, and hereby submit the following stipulations of fact to be presented to the jury at trial.

The parties hereby stipulate that:

1. The cellular telephone records provided by Verizon are authentic and may be admitted into evidence without testimony from a records custodian of Verizon.

2. The surveillance videos provided by Pilot/Flying J are authentic and may be admitted into evidence without testimony from a records custodian of Pilot/Flying J.

3. The surveillance videos, photographs, and toll transaction information provided by the Ohio Turnpike and Infrastructure Commission are authentic and may be admitted without testimony from a records custodian of the Ohio Turnpike and Infrastructure Commission.

4. The Driver Logs and GPS information records provided by Omnitracs, LLC, are authentic and may be admitted into evidence without testimony from a records custodian of Insta Trucking, LLC.

5. Toxicology analysis by the Ohio State Highway Patrol Crime Laboratory, determined that H.K. (alleged victim) did not have any alcohol or illegal drugs in her blood on August 10, 2018.


Respectfully submitted,

|  |  |
|---|---|
| JUSTIN E. HERDMAN<br>United States Attorney<br><br>By:   */s/ Peter E. Daly*<br>Peter E. Daly  (OH 0084745)<br>Assistant United States Attorney<br>U.S. Attorney's Office, Akron Branch<br>2 South Main Street<br>Akron, OH 44308<br>Telephone: 330-761-0529<br>Facsimile: 330-375-5492<br>Email: Peter.Daly@usdoj.gov | */s/ Lawrence J. Whitney*<br>LAWRENCE J. WHITNEY  (OH 0023738)<br>Attorney for Defendant<br>137 South Main Street, Suite 201<br>Akron, OH 44308<br>Telephone: 330-253-7171<br>Facsimile: 330-253-7174<br>Email: burdon-merlitti@neo.rr.com |

# **SIGNATURES**

_____        _____
Anthony Ingram                                          Date
Defendant


_____        _____
Lawrence J. Whitney (OH: 0023738)                       Date
Counsel for Defendant


_____        _____
Peter E. Daly (OH: 0084745)                             Date
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
(330) 375-5492 (facsimile)
Peter.Daly@usdoj.gov


_____        _____
Aaron P. Howell  (OH: 0081347)                          Date
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0526
(330) 375-5492 (facsimile)
Aaron.Howell@usdoj.gov

APPROVED:

_____        _____
SARA LIOI                                               Date
United States District Court JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Peter E. Daly*
Peter E. Daly
Assistant U.S. Attorney